AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

GENE ALLEN,

    Petitioner,

V.

STATE OF NEVADA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00195-BES-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to Plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

  May 6, 2008                                         **LANCE S. WILSON**
                                                                            Clerk

                                                                         /s/ Kalani Lizares
                                                                           Deputy Clerk